Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Leonard Stone
Attorney at Law: 5791
Shook and Stone, Chtd.
710 South 4th Street
Las Vegas, NV 89101
Tel.: (702) 385-2220
Fax: (702) 384-0394
E-mail: MRobles@shookandstone.com

Attorneys for Plaintiff Michael Duane Espinueva

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL DUANE ESPINUEVA, <br><br> Plaintiff, <br><br> vs. <br><br> FRANK BISIGNANO, <br> Commissioner of Social Security, <br><br> Defendant. | Case No.: 2:25-cv-00672-BNW <br><br> STIPULATION TO EXTEND TIME OF TIME TO FILE PLAINTIFF'S BRIEF AND [PROPOSED] ORDER <br><br> (FIRST REQUEST) |

Plaintiff Michael Espinueva and Frank Bisignano, Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this Court's approval, to extend the time from July 22, 2025 to August 5, 2025, for Plaintiff to file his brief with all other deadlines as per the Supplemental Rules for Social

-1-

Security Actions under 42 U.S.C. § 405(g) of the Federal Rules of Civil Procedure extended accordingly. Defendant will file his responsive brief by September 5, 2025 and Plaintiff will file any reply by September 19, 2025. This is Plaintiff's first request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented.

DATE: July 21, 2025          Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

BY: /s/ *Marc V. Kalagian*
Marc V. Kalagian
Attorney for plaintiff Michael Duane Espinueva

DATE: July 21, 2025          SIGAL CHATTAH
United States Attorney


BY: /s/ *Angela Thornton-Millard*

Angela Thornton-Millard
Special Assistant United States Attorney
|*authorized by e-mail|

ORDER

DATE:   July 23, 2025

IT IS SO ORDERED:

THE HONORABLE BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER 2:25-CV-00672-BNW**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on July 22, 2025.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Marc V. Kalagian*
_____

Marc V. Kalagian
Attorneys for Plaintiff
_____