SIGAL CHATTAH
Acting United States Attorney
Nevada Bar No. 8264
ANGELA THORNTON-MILLARD, Iowa Bar No. 17922
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
E-Mail: angela.thornton-millard@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL ESPINUEVA, <br><br>  Plaintiff, <br><br>  v. <br><br> FRANK BISIGNANO, <br> Commissioner of Social Security, <br><br>  Defendant. | Case No. 2:25-cv-00672-BNW <br><br> **STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(G) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF** |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this action be remanded for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.

On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: August 26, 2025          Respectfully submitted,

*/s/ Marc V. Kalagian*\*
MARC V. KALAGIAN
(\*as authorized via email on August 25, 2025)
Attorney for Plaintiff

Dated: August 26, 2025          Respectfully submitted,

SIGAL CHATTAH
Acting United States Attorney

*/s/ Angela Thornton-Millard*
ANGELA THORNTON-MILLARD
Special Assistant United States Attorney
Attorneys for Defendant

## **ORDER**

The parties' above stipulation is GRANTED. This case is remanded for further proceedings. The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

DATED: August 26, 2025

_____
BRENDA N. WEKSLER
UNITED STATES MAGISTRATE JUDGE

2